UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>  v.<br><br>MIGUEL ANGEL RESENDIZ-ORDUNA,<br>    Defendant. | Case No. 24-mj-71499-MAG-1  (VKD)<br><br>**DETENTION ORDER** |

On October 16, 2024, defendant Miguel Angel Resendiz-Orduna appeared before the Court pursuant to a November 10, 2021 out-of-district petition charging violations of Mr. Resendiz-Orduna's conditions of supervised release and an arrest warrant. *See* Dkt. No. 1. The United States moved for detention, and Mr. Resendiz-Orduna waived his right to a detention hearing in this district, without prejudice to seeking a detention hearing in the charging district. Accordingly, the Court detains Mr. Resendiz-Orduna pending further proceedings.

Mr. Resendiz-Orduna is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Mr. Resendiz-Orduna shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the government, the person in charge of the corrections facility shall deliver Mr. Resendiz-Orduna to the United States Marshal for the purpose of appearances in connection with court proceedings.

//

//

United States District Court
Northern District of California

1          **IT IS SO ORDERED.**

2     Dated: October 16, 2024

3

4

5                                                          Virginia K. DeMarchi
                                                           United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California